IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES LIONEL McCLURE,

        Plaintiff,

  v.

CLACKAMAS COUNTY SHERIFF,

        Defendant.

Civil No. 10-499-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Plaintiff's request for voluntary dismissal (#5) is GRANTED.

    IT IS SO ORDERED.

    DATED this  2nd   day of June, 2010.

                                    /s/ Anna J. Brown
                                    ANNA J. BROWN
                                    United States District Judge

1 - ORDER -

2 - ORDER -                                     P:\Brown-LawClerks\10-499mcclure0525order.wpd